IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-00100-GPG

ISIDRO SANCHEZ GARCIA,

      Petitioner,

v.

JUAN BALTAZAR,
   *in his official capacity as Warden of the Denver Contract Detention Facility*
ROBERT HAGAN,
   *in his official capacity as Field Office Director, Denver Field Office of U.S. Immigration and Customs Enforcement,*
TODD LYONS,
   *in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement,*
KRISTI NOEM,
   *in her official capacity as Secretary of U.S. Department of Homeland Security*, and
PAMELA BONDI,
   *in her official capacity as Attorney General of the United States,*

      Respondent.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to

Federal Rules of Civil Procedure 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [D. 9] entered by United States District Judge Gordon P. Gallagher

on February 5, 2026, and supplemented by the Status Report [D. 10] filed by Respondents, it is

ORDERED that Respondents complied with the Order [D. 9] and the Court was updated

that Petitioner was placed on bond. It is

FURTHER ORDERED that this case is closed.

DATED at Grand Junction, Colorado, this 3rd day of March 2026.

FOR THE COURT:

Jeffrey P. Colwell, Clerk
By:     s/D. Clement
            Deputy Clerk